CHARLES F. DUNBAR, Respondent, v. EDWARD SWEENEY and Others, Appellants.— Plaintiff's motion for reargument granted, and decision handed down May 3, 1918 (See 184 App. Div. 925), upon which no order has yet been entered, is amended to read as follows: Judgment reversed and new trial granted, with costs to appellants to abide the final award of costs. Held, that plaintiff is not entitled to require defendants to raise the bottom of their reservoir and conduit to the level of the bottom of plaintiff's spring, or to enjoin defendants from again lowering the bottom of said reservoir and conduit, nor is plaintiff entitled to enjoin defendants from using the water of said spring for the purposes permitted by said judgment to such an extent that it will lower the water of plaintiff's spring to such an extent that it cannot be drawn through the outlet that existed just prior to the time plaintiff lowered such outlet to the bottom of said spring after defendants had constructed their reservoir. A new trial is necessary to ascertain what damages, if any, plaintiff will be entitled to recover under these circumstances. All concurred, except Lambert, J., who voted for reversal and dismissal of the complaint; Hubbs, J., not sitting.

CHARLES CARROLL, Appellant, v. CITY OF OSWEGO and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs, unless on or before October 28, 1918, appellant shall make and serve proposed case on appeal and pay to respondents' attorney ten dollars, in which event the motion is denied.

DANIEL CRIMMENS, Appellant, v. ELTON F. HENRY, Respondent.— Motion granted and appeal dismissed, with costs.

JOHN J. McGROSSO, Appellant, v. RUTH C. McGROSSO, Respondent.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers by October 30, 1918, and pay to respondent's attorney ten dollars.

MARY BURDIC, Respondent, v. BROTHERHOOD ACCIDENT COMPANY, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers by October 30, 1918, and pay to respondent's attorney ten dollars.

JENNIE A. KELLY, Respondent, v. TOWN OF AVOCA, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers by October 30, 1918, and pay to respondent's attorney ten dollars.

ROBERT F. PARK, as Trustee, etc., Appellant, v. PRISCILLA E. COWAN and Others, Respondents.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers on appeal by October 30, 1918, and pay to respondents' attorney ten dollars.

NELLIE BENNETT STUART, Respondent, v. JOHN DOUGLAS PEDERSEN and Others, Appellants.— Order entered on stipulation substituting W. H. Russell, as administrator, etc., of Nellie Bennett, deceased, as plaintiff in place and stead of Nellie Bennett Stuart.